IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

| | |
|---|---|
| STEVE COMMANDER, *et al.*, | )<br>)<br>) |
| *Plaintiffs,* | ) Civil Action No. 1:09-CV-02244-ccb<br>)<br>) |
| v. | )<br>) |
| BANK OF AMERICA, | )<br>) |
| *Defendants.* | )<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Steven Commander, Sona Lee Barr and Henry Creasy, and Defendant, Bank of America, N.A., by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint be dismissed without prejudice.

1

DATED: November 25, 2009

Respectfully submitted,

        Edward N. Griffin, Esq.
        GRIFFIN WHITAKER LLC
        7474 Greenway Center Drive
        Suite 550
        Greenbelt, MD 20770
        Telephone 301.513.5082
        Fax 888.367.0383

        Attorney for Plaintiffs


           /s/Edward Griffin
        Edward N. Griffin



        Jefferson V. Wright (Fed. Bar No. 00990)
        Katherine B. Hill (Fed. Bar No. 27834)
        Miles & Stockbridge, P.C.
        10 Light Street
        Baltimore, Maryland 21202
        Tel: 410-727-6464
        Counsel for Defendant Bank of America


           /s/ Katherine B. Hill
        Katherine B. Hill

IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

|  |  |
|---|---|
| STEVE COMMANDER, *et al.*, ) | |
| ) | Civil Action No. 1:09-CV-02244-ccb |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| *Defendants.* ) | |

**ORDER**

Upon consideration of the Stipulation of Dismissal Without Prejudice filed by Plaintiffs Steven Commander, Sona Lee Barr and Henry Creasy (collectively, "Plaintiffs"), and Defendant, Bank of America, N.A., its hereby ORDERED that Plaintiffs' Complaint be, and hereby is, dismissed without prejudice.

IT IS SO ORDERED

DATED:

3